UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FANNIE MAE, | No. C 11-06625 LB |
| Plaintiff(s), | **ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| JORGE MARTINEZ, | |
| Defendant(s). | |

On December 22, 2011, Defendant Jorge Martinez removed this action from Stanislaus County Superior Court to the United States District Court for the Northern District of California. Notice of Removal, ECF No. 1.[1] Pursuant to 28 U.S.C. § 1446, a defendant seeking to remove a civil action from a state court must file a notice of removal in the federal district court for the district within which the action is pending. Because this lawsuit was originally filed in Stanislaus County Superior Court, the proper venue for Defendant to file his notice of removal in the District Court for the Eastern District of California. *See* E.D. Cal. Civil L. R. 120(d). Accordingly, the Court transfers this matter to the Eastern District of California, Fresno Division.

///

///

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-06625 LB

**IT IS SO ORDERED.**

Dated: February 23, 2012



LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-06625 LB